# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MACOMB INTERCEPTOR DRAIN DRAINAGE DISTRICT,

        Plaintiff,

v.                                        Case No. 11-13101

KWAME KILPATRICK, et al.,

        Defendant.

                                           /

## ORDER ADJOURNING MOTION HEARINGS

On July 18, 2011, Plaintiff Macomb Interceptor Drain Drainage District initiated the above-captioned matter against forty defendants. Summonses were issued on July 19, 2011. To date, numerous Defendants have filed responsive pleadings or motions in lieu of responsive pleadings. Upon review of motions currently pending, it is apparent that various Defendants raise substantially similar arguments in their motions to dismiss. The interest of judicial economy and the economic interest of the parties would be better served by adjudicating substantially similar motions simultaneously. The court will herewith adjourn all scheduled motion hearings pending the service of the remaining unserved Defendants. Upon the expiration of the summonses, the court will conduct a status conference with all parties or take other organizational action.

IT IS ORDERED that the November 2, 2011 and November 16, 2011 hearings are ADJOURNED.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: October 24, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 24, 2011, by electronic and/or ordinary mail.

 S/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522