UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACOMB INTERCEPTOR DRAIN DRAINAGE
DISTRICT,

    Plaintiff,

v.                                     Case No. 11-13101

KWAME KILPATRICK, et al.,

    Defendants.
                                           /

**ORDER SUSPENDING BRIEFING ON DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

        During a February 10, 2012 status conference, council for Defendant Anthony Soave indicated that he was prepared to file a motion for summary judgment challenging Plaintiff's standing to assert the statutory and tort claims contained in Plaintiff's complaint.

        Counsel for the parties were informed that, before deciding any motion challenging the standing of Plaintiff, the court intended to first adjudicate the motion to intervene filed by nonparties City of Detroit and Detroit Water and Sewerage Department's (collectively the "City of Detroit") in order to prevent possible impairment of any claimed interests in this matter.

        On the same day that the court docketed a hearing schedule for the City of Detroit's motion to intervene, Defendant Soave—joined by 20 other Defendants—filed its predicted motion for summary judgment based on standing. Consistent with the court's earlier inclination, the court will suspend briefing on Defendants' motion pending

adjudication of the City of Detroit's motion to intervene and order that no further motions be filed without leave of court before the April 4, 2012 motion hearing. Accordingly,

IT IS ORDERED that any further motion practice, or briefing on currently filed motions, is SUSPENDED pending further order of the court.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: February 28, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 28, 2012, by electronic and/or ordinary mail.

                                        S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522