UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACOMB INTERCEPTOR DRAIN DRAINAGE
DISTRICT,

    Plaintiff,

and

CITY OF DETROIT and DETROIT WATER
AND SEWERAGE DEPARTMENT,

    Plaintiff-Intervenors,

v.                                Case No. 11-13101

KWAME KILPATRICK, et al.,

    Defendants.
                               /

**ORDER GRANTING MOTIONS TO RESPOND TO PLAINTIFF'S MOTION
FOR PARTIAL RECONSIDERATION**

    IT IS ORDERED that the motions [Dkts. # 258, 261] to respond to Macomb Interceptor's motion for partial reconsideration are GRANTED. The Inland Defendants and L.D'Agostini & Sons, Inc., may each submit a response of twenty or fewer pages by **January 4, 2013**. Counsel are encouraged to avoid submitting duplicative material in the two responses.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated:  December 27, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 27, 2012, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522