# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MACOMB INTERCEPTOR DRAIN
DRAINAGE DISTRICT,

    Plaintiff,

and

CITY OF DETROIT,

    Plaintiff-Intervenor,

v.                                        Case No. 11-13101

KWAME KILPATRICK, et al.,

    Defendants.
    _____/

## ORDER SETTING BRIEFING SCHEDULE AND VACATING DEADLINE

In accord with the discussion during a February 28, 2013, telephone conference,

IT IS ORDERED that Inland Waters Pollution Control, Inc., may, by **March 15, 2013**, move to dismiss Macomb Interceptor Drain Drainage District's remaining claim. Macomb may respond by **April 12, 2013**, and Inland may reply by **April 26, 2013**. Each paper should comply with the page limits in Local Rule 7.1(d)(3).

IT IS FURTHER ORDERED that the deadline, stated in the second February 11, 2013, order, for the City of Detroit to amend the complaint is VACATED pending further order.

                                               s/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: March 5, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 5, 2013, by electronic and/or ordinary mail.

                                                 s/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522