**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MACOMB INTERCEPTOR DRAIN DRAINAGE
DISTRICT,

      Plaintiff,

and                                   Case No. 11-13101

CITY OF DETROIT,

      Plaintiff-Intervenor,

v.

KWAME KILPATRICK, et al.,

      Defendants.

                                       /

**ORDER TERMINATING DEFENDANT INLAND WATERS
POLLUTION CONTROL INC.'S OBJECTIONS AND DENYING
INTERVENING PLAINTIFF'S MOTION TO STRIKE**

Intervening Plaintiff City of Detroit ("Detroit") filed a Motion for Default Judgment against Defendants Bobby W. Ferguson and Ferguson Enterprises, Inc., on October 10, 2014 (Dkt. # 336), and a Motion for Summary Judgment against Defendants Kwame Kilpatrick and Victor Mercado on October 31, 2014.  (Dkt. # 340.)  On December 8, 2014, Defendant Inland Waters Pollution Control, Inc. ("Inland"), which is not a party to either of Detroit's motions, filed objections to both motions.  (Dkt. ## 344, 345.)  Detroit filed a Motion to Strike the Objections (Dkt. # 346), and Plaintiff Macomb Interceptor Drain Drainage District ("MIDDD") filed a Notice of Joinder/Concurrence in the Motion to Strike. (Dkt. # 347.)

The court held an off the record telephonic status conference with Inland, Detroit, and MIDDD on January 8, 2015, during which all parties agreed that Inland's objections should be terminated.  Accordingly,

IT IS ORDERED that Defendant Inland Waters Pollution Control, Inc.'s Objections to Intervening Plaintiff City of Detroit Through the Detroit Water and Sewage Department's Motion for Default Judgment (Dkt. # 344) are TERMINATED.

IT IS FURTHER ORDERED that Defendant Inland Waters Pollution Control, Inc.'s Objections to Intervening Plaintiff City of Detroit Through the Detroit Water and Sewage Department's Motion for Summary Judgment (Dkt. # 345) are TERMINATED.

IT IS FURTHER ORDERED that Intervening Plaintiff City of Detroit Through the Detroit Water and Sewage Department's Motion to Strike Defendant Inland Waters Pollution Control, Inc.'s Objections (Dkt. # 346) is DENIED as moot.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  January 11, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 11, 2015, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-13101.MACOMBINTERCEPTOR.ObjectionsTerminated.dmi.wpd